# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| Case Name: | **Bland v. Saxton Mortgage, LLC, et al.** | Case No.: | **26-cv-02537-CAB-GC** |

On September 30, 2026, the Court held an Early Neutral Evaluation Conference. Following the conference, Judge Cabrera made a mediator's proposal, which has been accepted by all parties. Accordingly, the case has settled on an individual basis. (ECF No. 25.) Accordingly, **IT IS HEREBY ORDERED**:

1. A Joint Motion for Dismissal shall be electronically filed on or before **November 18, 2026**.[1] On the same day the Joint Motion for Dismissal is filed, the proposed order for dismissal, for the signature of the Honorable Cathy Ann Bencivengo, shall be e-mailed to the chambers of the Honorable Cathy Ann Bencivengo.[2]

2. If a Joint Motion for Dismissal and proposed order for dismissal are not submitted on or before **November 18, 2026**, then a telephonic, counsel-only Settlement Disposition Conference shall be held on **November 20, 2026**, at **10:30 AM** before Magistrate Judge Guillermo Cabrera. For purposes of the Conference, all participating counsel shall call the Court's teleconference line at (669) 254-5252 and use meeting identification number 160 243 3377.

3. If a Joint Motion for Dismissal and proposed order for dismissal are received on or before **November 18, 2026**, the Settlement Disposition Conference shall be vacated.

Date: October 2, 2026

Initials: lc2
Chambers of the Hon. Guillermo Cabrera

---

[1] *See* Electronic Case Filing Administrative Policies and Procedures Manual, United States District Court for the Southern District of California.

[2] *See id.* § 2(h), for Chambers' official e-mail address and procedures on e-mailing proposed orders.